# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES R. MCDANIEL, JR., *Plaintiff*, vs. JAMES COX*, et al.*, *Defendants*. | 3:13-cv-00468-RCJ-VPC<br><br>ORDER |

Following upon the plaintiff's letter notice (#14) of voluntary dismissal in this *pro se* civil rights action,

IT ORDERED that all pending motions are DENIED without prejudice and that this action shall be DISMISSED without prejudice.

The Clerk of Court shall enter final judgment accordingly, dismissing the action without prejudice.

DATED:  April 15, 2014.

_____
ROBERT C. JONES
United States District Judge